**Opinion issued August 12, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00627-CV**

———————————

**IN RE DANECA LAVERN BENTON, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Daneca Lavern Benton filed a Petition for Writ of Mandamus challenging the trial court's May 1, 2023 order granting a motion to reinstate for lack of proper verification.[1]  *See* TEX. R. APP. P. 21(f)(7)(A).  Relator also filed a motion

---

[1]    The underlying case is *George Adams and Lavoria Davis v. Daneca Lavern Benton*, Cause No. 2021-02000, pending in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

for temporary relief seeking to "stay the trial court proceedings during the pendency of this proceeding."

We deny the Petition for Writ of Mandamus. TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief and any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.